IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-0444-CG-B |
| | ) |
| VALENTINE & KEBARTAS, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

In accorance with the court's order issued on August 3, 2011 (Doc. 9), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, Laura Grant, against defendant, Valentine & Kebartas, Inc., in the amount of $1,750.00, plus attorney's fees of $675.00, costs in the amount of $357.50, and post-judgment interest at the statutory rate of .11% pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 24th day of August, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE